AO 91 (REV.5/85) Criminal Complaint

AUSA LOVE   815-987-4444

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

MAR 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ABRAHAM CAUDEL

**CRIMINAL COMPLAINT**

CASE NUMBER: 08 CR 50010

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

On or about July 25, 2003, at DeKalb County, in the Northern District of Illinois, Western Division, and elsewhere, ABRAHAM CAUDEL, defendant herein, did move and travel in interstate commerce with the intent to avoid prosecution for the crimes of Criminal Sexual Assault and Aggravated Criminal Sexual Abuse, felonies under the laws of the State of Illinois, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
SUSAN M. HANSON
FBI Special Agent

Sworn to before me and subscribed in my presence,

March 5, 2008                                   at   Rockford, Illinois
Date                                                  City and State

P. MICHAEL MAHONEY, U.S. Magistrate Judge        _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) SS |
| NORTHERN DISTRICT OF ILLINOIS | ) |

### AFFIDAVIT

I, SUSAN M. HANSON, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation.

2. I have been informed by the DeKalb County State's Attorney that on July 25, 2003, a warrant was issued by the Circuit Court for DeKalb County, Illinois, for the arrest of ABRAHAM CAUDEL (hereinafter "the defendant") for the crime of Criminal Sexual Assault, a felony under the laws of the State of Illinois. A certified copy of the warrant is attached hereto.

3. I have been further informed that on February 6, 2008, the DeKalb County Grand Jury returned a ten-count indictment charging defendant with five counts of Criminal Sexual Assault and five counts of Aggravated Criminal Sexual Abuse, each of which is a felony under the laws of the State of Illinois. A certified copy of the ten-count indictment is attached hereto.

4. I have been informed by Detective Michael Stewart ("Stewart") of the DeKalb Police Department, DeKalb, Illinois, that its investigation has determined that the defendant has fled the State of Illinois to avoid prosecution for the above-referenced crimes. In particular, on September 28, 2007, Irene Reyes Arias ("Arias"), the defendant's wife, informed Stewart that in February of 2007 she saw defendant in Guardalajara, Mexico. Further, Arias advised Stewart that Arias advised defendant she wanted a divorce and defendant stated that he would divorce Arias if she dropped the charges against him in the DeKalb County case.

5.  I have further been informed that Arias filed for divorce from the defendant in Mexico and that investigators from Mexico served defendant in Mexico with divorce papers. In addition, I have been informed that Arias advised Stewart that the defendant was residing at: Rafael Cardenas 493A, Lomas Del Paraiso, Huentitan, Jalisco, Mexico.

6.  I have been informed by the State's Attorney for DeKalb County, Illinois, that the defendant will be extradited from wherever the defendant is apprehended.

*Susan M. Hanson*
SUSAN M. HANSON
Special Agent
Federal Bureau of Investigation


SUBSCRIBED AND SWORN to before me on March 5, 2008.

*P. Michael Mahoney*
P. MICHAEL MAHONEY
United States Magistrate Judge

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
        Plaintiff )
 )
    v. ) No. 03 CF 376
 )
ABRAHAM CAUDEL, )
        Defendant )

### INDICTMENT

Count 1

    At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of CRIMINAL SEXUAL ASSAULT (Class 1 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL PENETRATION WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT PLACED HIS FINGER IN THE VAGINA OF M.C., In violation of SECTION 12-13 (a)(3) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Criminal Sexual Assault, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 20 08
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16 th Judicial Circuit
DeKalb County, Illinois
By /s/ Maureen A. Josh
Circuit Clerk

**FILED**
FEB 0 7 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
        Plaintiff )
         )
    v. ) No. 03 CF 376
         )
ABRAHAM CAUDEL, )
        Defendant )

## INDICTMENT

Count 2

    At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of CRIMINAL SEXUAL ASSAULT (Class 1 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL PENETRATION WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT PLACED HIS FINGER IN THE VAGINA OF M.C., In violation of SECTION 12-13 (a)(3) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Criminal Sexual Assault, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 2008
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16 th Judicial Circuit
DeKalb County, Illinois
By Maureen A. Josh
Circuit Clerk

**FILED**
FEB 0 7 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 03 CF 376 |
| | ) | |
| ABRAHAM CAUDEL, | ) | |
| Defendant | ) | |

### INDICTMENT

Count 3

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of CRIMINAL SEXUAL ASSAULT (Class 1 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL PENETRATION WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT PLACED HIS PENIS IN THE ANUS OF M.C., In violation of SECTION 12-13 (a)(3) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Criminal Sexual Assault, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 2008
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16th Judicial Circuit
DeKalb County, Illinois
By Maureen A. Josh JC
Circuit Clerk

FILED
FEB 07 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
        Plaintiff )
)
v. ) No. 03 CF 376
)
ABRAHAM CAUDEL, )
        Defendant )

## INDICTMENT

Count 4

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between APRIL 17, 2002 AND JUNE 20, 2002, ABRAHAM CAUDEL committed the offense of CRIMINAL SEXUAL ASSAULT (Class 1 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL PENETRATION WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT PLACED HIS PENIS IN THE ANUS OF M.C., In violation of SECTION 12-13 (a)(3) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Criminal Sexual Assault, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested this ___ day of ___ 20 08
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16 th Judicial Circuit
DeKalb County, Illinois
By ___ Circuit Clerk

FILED
FEB 0 7 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) | |
|         Plaintiff ) | |
| ) | |
|       v. ) | No. 03 CF 376 |
| ) | |
| ABRAHAM CAUDEL, ) | |
|         Defendant ) | |

### INDICTMENT

Count 5

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JULY 2, 2002 AND JULY 9, 2002, ABRAHAM CAUDEL committed the offense of CRIMINAL SEXUAL ASSAULT (Class 1 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL PENETRATION WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT PLACED HIS PENIS IN THE ANUS OF M.C., In violation of SECTION 12-13 (a)(3) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Criminal Sexual Assault, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 2008
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16th Judicial Circuit
DeKalb County, Illinois
By Maureen A. Josh
Circuit Clerk

FILED
FEB 0 7 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS  )
        Plaintiff  )
          )
    v.  )  No. 03 CF 376
          )
ABRAHAM CAUDEL,  )
        Defendant  )

## INDICTMENT

Count 6

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE (Class 2 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL CONDUCT WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT INTENTIONALLY RUBBED HIS PENIS ON THE BUTTOCKS OF M.C., FOR THE PURPOSE OF THE SEXUAL AROUSAL OF THE DEFENDANT, In violation of SECTION 12-16 (b) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Aggravated Criminal Sexual Abuse, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 20 08
MAUREEN A JOSH
Clerk of the Circuit Clerk
16 th Judicial Circuit
DeKalb County, Illinois
By Maureen A Josh
Circuit Clerk



FILED
FEB 07 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS    )
        Plaintiff    )
            )
        v.    )    No.  03 CF 376
            )
ABRAHAM CAUDEL,    )
        Defendant    )

**INDICTMENT**

Count 6

    At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE (Class 2 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL CONDUCT WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT INTENTIONALLY RUBBED HIS PENIS ON THE BUTTOCKS OF M.C., FOR THE PURPOSE OF THE SEXUAL AROUSAL OF THE DEFENDANT, In violation of SECTION 12-16 (b) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Aggravated Criminal Sexual Abuse, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this ___ day of Feb 2008
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16th Judicial Circuit
DeKalb County, Illinois
By _____
Circuit Clerk

**FILED**
FEB 0 7 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 03 CF 376 |
| | ) | |
| ABRAHAM CAUDEL, | ) | |
| Defendant | ) | |

### INDICTMENT

Count 6

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE (Class 2 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL CONDUCT WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT INTENTIONALLY RUBBED HIS PENIS ON THE BUTTOCKS OF M.C., FOR THE PURPOSE OF THE SEXUAL AROUSAL OF THE DEFENDANT, In violation of SECTION 12-16 (b) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Aggravated Criminal Sexual Abuse, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 20 08
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16 th Judicial Circuit
DeKalb County, Illinois
By Maureen A. Josh
Circuit Clerk

FILED
FEB 0 7 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
         Plaintiff )
          )
     v. )   No. 03 CF 376
          )
ABRAHAM CAUDEL, )
         Defendant )

## INDICTMENT

Count 7

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between APRIL 17, 2002 AND JUNE 20, 2002, ABRAHAM CAUDEL committed the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE (Class 2 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL CONDUCT WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT INTENTIONALLY RUBBED HIS PENIS ON THE BUTTOCKS OF M.C., FOR THE PURPOSE OF THE SEXUAL AROUSAL OF THE DEFENDANT, In violation of SECTION 12-16 (b) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Aggravated Criminal Sexual Abuse, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this ___ day of ___ 20 08
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16th Judicial Circuit
DeKalb County, Illinois
By ___ Circuit Clerk

FILED
FEB 07 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
        Plaintiff )
         )
     v. )   No. 03 CF 376
         )
ABRAHAM CAUDEL, )
        Defendant )

## INDICTMENT

Count 8

    At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JULY 2 AND JULY 9, 2002, ABRAHAM CAUDEL committed the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE (Class 2 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL CONDUCT WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT INTENTIONALLY RUBBED HIS PENIS ON THE BUTTOCKS OF M.C., FOR THE PURPOSE OF THE SEXUAL AROUSAL OF THE DEFENDANT, In violation of SECTION 12-16 (b) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Aggravated Criminal Sexual Abuse, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 20 08
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16 th Judicial Circuit
DeKalb County, Illinois
By Maureen A. Josh
Circuit Clerk

FILED
FEB 07 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
        Plaintiff )
         )
    v. ) No. 03 CF 376
         )
ABRAHAM CAUDEL, )
        Defendant )

## INDICTMENT

Count 9

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE (Class 2 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL CONDUCT WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT INTENTIONALLY PLACED M.C.'S HAND ON HIS PENIS FOR THE PURPOSE OF THE SEXUAL AROUSAL OF THE DEFENDANT, In violation of SECTION 12-16 (b) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Aggravated Criminal Sexual Abuse, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

A true copy of the original on file in my office
Attested to this 21 day of Feb 20 08
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16th Judicial Circuit
DeKalb County, Illinois
By Maureen A. Josh
Circuit Clerk

FILED
FEB 07 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
DE KALB COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
          Plaintiff )
           )
      v. )   No. 03 CF 376
           )
ABRAHAM CAUDEL, )
          Defendant )

## INDICTMENT

Count 10

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about Between JANUARY 1, 2002 AND APRIL 20, 2003, ABRAHAM CAUDEL committed the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE (Class 2 FELONY) in that said defendant, THE FATHER OF A MINOR, M.C., INTENTIONALLY COMMITTED AN ACT OF SEXUAL CONDUCT WITH A MINOR M.C. WHO WAS UNDER EIGHTEEN YEARS OF AGE WHEN THE ACT WAS COMMITTED IN THAT THE DEFENDANT INTENTIONALLY FONDLED THE BREAST OF M.C., FOR THE PURPOSE OF THE SEXUAL AROUSAL OF THE DEFENDANT, In violation of SECTION 12-16 (b) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

The people further allege that since the victim was under 18 years of age, and the defendant is a family member of the victim, and the charge is Aggravated Criminal Sexual Abuse, this case is not barred by the Statute of Limitations which allows prosecution to be commenced within ten years of the victim attaining the age of 18 pursuant to 720 ILCS 5/3-6.

All of the foregoing occurred in DeKalb County, Illinois.

TRUE BILL

Foreperson of the Grand Jury

FILED
FEB 0 7 2008
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

A true copy of the original on file in my office
Attested to this ___ day of _____
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16th Judicial Circuit
DeKalb County, Illinois
By _____ Circuit Clerk

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
COUNTY OF DEKALB

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) Gen No. 03CF-376
)
Caudel, Abraham (N.M.I.) )
Defendant

## WARRANT OF ARREST

Date of Birth: 03-23-63   Sex: Male
Address: L.K.A. 120 N. 10th
City: DeKalb   State: IL.   Zip: 60115

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

You are hereby commanded to arrest the above-named Defendant and bring said Defendant without unnecessary delay before the undersigned Judge of the Circuit Court for the 16th Judicial Circuit, DeKalb County, Illinois, in the courtroom usually occupied by him at the DeKalb County Courthouse, 133 West State St., Sycamore, Illinois, or if he is absent or unable to act, before the nearest or most accessible court in DeKalb County, to answer the charge made against said Defendant for the offense of:

[ ] Failure to Appear on the original charge of _____ in violation of Section 5/110-3 of chapter 725, of the Illinois Complied Statutes.

[X] Criminal Sexual Assault in violation of Section 5/12-13(a)(3) of Chapter 720 of the Illinois Complied Statutes.

EXECUTE WARRANT:
[ ] DeKalb County (Ordinance Violations and Traffic and Misdemeanors with bond less than $100.00)
[ ] DeKalb County, Adjoining Counties and DuPage County (Class A Misdemeanor except DUI & Domestic Battery and Class B or Class C Misdemeanors & Traffic with bond $100.00 or more)
[ ] Illinois (Class 3 or Class 4 Felony with bond less than $5,000.00 and Class A Misdemeanors DUI and Domestic Battery)
[ ] Illinois and Adjoining States (Class 3 and Class 4 Felony with bond $5,000.00 or more)
[X] No Limitations (Any Class X, Class 1 or Class 2 Felony)

[ ] limits extended by Judge       [X] probable cause found

ISSUED AT DEKALB COUNTY, ILLINOIS, this 25th day of July, 2003.
Bail set at $ 100,000.00
[X] 10 % to apply   [ ] full cash bond
JUDGE

---

RETURN OF SERVICE

STATE OF ILLINOIS ) ss   Issuing Dept. _____
COUNTY OF DEKALB )

I have executed the within Warrant by arresting said Defendant.

Date served: _____   Peace Officer: _____

A true copy of the original on file in my office
Attested to this 21 day of Feb 2008
MAUREEN A. JOSH
Clerk of the Circuit Clerk
16 th Judicial Circuit
DeKalb County, Illinois
By Maureen A. Josh
Circuit Clerk

White-Clerk's Copy, Canary-State's Attorney, Pink-Defendant's, Goldenrod-Officer